IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HARTFORD FIRE INSURANCE COMPANY,

    Plaintiff,

  v.

MICHAEL CHRISTOPHER MCGHEE,

    Defendant.
                                      /

No. C 09-05328 JSW

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

      The Court HEREBY CONTINUES the case management conference currently scheduled for March 19, 2010 to June 11, 2010 at 1:30 p.m.  The parties shall submit a revised joint case management conference statement by no later than May 21, 2010.

      The Halstensons are directed to renotice their motion to dismiss by no later than March 19, 2010.

      **IT IS SO ORDERED.**

Dated: March 15, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE