United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>   v.<br><br>MICHAEL CHRISTOPHER McGHEE, MICHAEL BRUCE McGHEE, LEO HALSTENSON, ANN HALSTENSON, and DOES 1-10,<br><br>          Defendants.<br>_____/ | No. C 09-05328 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

This matter is set for a hearing on May 14, 2010 on Defendants Ann and Leo Halstenson's motion to dismiss. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than March 31, 2010 and a reply brief shall be filed by no later than April 7, 2010.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: March 17, 2010

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE