TODD A. ROBERTS (SBN 129722)
ENRIQUE MARINEZ (SBN 160956)
KRISTINA H. CHUNG (SBN 164681
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063-2052
Telephone:     (650) 364-8200
Facsimile:     (650) 780-1701
Email:         troberts@rmkb.com

Attorneys for Plaintiff
HARTFORD FIRE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL CHRISTOPHER MCGHEE; MICHAEL BRUCE MCGHEE; LEO HALSTENSON; ANN HALSTENSON; and DOES 1 through 10,<br><br>Defendants. | CASE NO. CV09-5328 (JSW)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING MOTION TO DISMISS COMPLAINT FOR DECLARATORY RELIEF**<br><br>Current Date: May 14, 2010<br>Current Time: 9:00 a.m.<br><br>Proposed Date: May 28, 2010<br>Proposed Time: 9:00 a.m.<br><br>Courtroom: 11<br>The Honorable Jeffrey S. White |

WHEREAS, a hearing on a Motion to Dismiss filed by Defendants Leo Halstenson and Ann Halstenson is currently scheduled before this Court for Friday, May 14, 2010,

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, through their respective counsel of record, that the hearing on said Motion to Dismiss shall be continued from May 14, 2010 to May 28, 2010.

///

///

RC1/5559885.1/CM3                                   - 1 -

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

1    Dated: April 23, 2010              ROPERS, MAJESKI, KOHN & BENTLEY

2

3                                 By:    */s/ Todd A. Roberts*

4                                     TODD A. ROBERTS
                                    ENRIQUE MARINEZ
                                    KRISTINA H. CHUNG

5                                     Attorneys for Plaintiff
                                    HARTFORD FIRE INSURANCE

6                                     COMPANY

7    Dated: April ___, 2010              FISH & SNELL

8

9                                 By:

10                                     PHILIP C. SNELL
                                    Attorneys for Defendants

11                                     ANN HALSTENSON AND
                                    LEO HALSTENSON

12

13       IT IS SO STIPULATED.

14                                **ORDER**

15         IT IS SO ORDERED. The hearing on the Motion to Dismiss filed by Defendants Leo

16   Halstenson and Ann Halstenson shall be continued from May 14, 2010 to May 28, 2010 at 9:00

17   a.m.

18

19    Dated:_____         _____
                                    THE HONORABLE JEFFREY S. WHITE

20

21

22

23

24

25

26

27

28

*(left margin, vertical text)* Ropers Majeski Kohn & Bentley — A Professional Corporation — Redwood City

1    Dated: April 21, 2010                    ROPERS, MAJESKI, KOHN & BENTLEY

2

3                                             By:_____
                                                 TODD A. ROBERTS
4                                                ENRIQUE MARINEZ
                                                 KRISTINA H. CHUNG
5                                                Attorneys for Plaintiff
                                                 HARTFORD FIRE INSURANCE
6                                                COMPANY

7    Dated: April 23, 2010                    FISH & SNELL

8

9                                             By:_____
                                                 PHILIP C. SNELL
10                                               Attorneys for Defendants
                                                 ANN HALSTENSON AND
11                                               LEO HALSTENSON

12

13        IT IS SO STIPULATED.

14                                            **ORDER**

15        IT IS SO ORDERED.  The hearing on the Motion to Dismiss filed by Defendants Leo

16   Halstenson and Ann Halstenson shall be continued from May 14, 2010 to ~~May 28~~, June 4, 2010 at 9:00

17   a.m.

18   Dated: April 27, 2010                    _____
19                                            THE HONORABLE JEFFREY S. WHITE

20

21

22

23

24

25

26

27

28

RC1/5559885.1/CM3                      - 2 -

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City